19235. COTHREN *v.* THE STATE.

BLOODWORTH, J. 1. There is no error requiring the grant of a new trial, in either of the excerpts from the charge of which complaint is made.

2. A verdict supported by any evidence, however slight, and approved by the trial judge, can not be interfered with by this court. There is evidence to support the verdict in this case.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1928.

*A. J. Tuten, Homer L. Causey,* for plaintiff in error.
*A. B. Spence, solicitor-general,* contra.